HYMAN GARFINKEL, as Administrator of the Estate of JEROME GARFINKEL, Deceased, Appellant, *v.* PHILAN CORPORATION, Respondent.

Submitted October 6, 1937; decided October 22, 1937.

*Julius Blumenfeld* and *Hilton E. Roberts* for appellant.

*James G. Purdy, Arthur K. Wing* and *John H. Brogan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.